IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA :
:
v. : Criminal No. PX 15-0228-009
:
DERRICK KWAN BYAS, JR. :

**MEMORANDUM OPINION AND ORDER**

Before the court is a letter filed by defendant Derrick Kwan Byas, Jr., a federal prisoner (ECF No. 379). He requests a recommendation to the Bureau of Prisons that he serve as much time as possible in a residential re-entry center under the Second Chance Act.

He supports his request by stating that since his imprisonment he has completed and taught educational courses at FCI's Cumberland Satellite Camp and enrolled in Ashworth College Associates in a business management program. He is currently scheduled to graduate from Cumberland FCI's residential drug abuse program on August 7, 2017. Upon his release, he wishes to "relocate and start anew." He asks the court to recommend to the Bureau of Prisons the maximum placement under the Second Chance Act to allow him adequate time to find employment and make a successful transition to society. The Second Chance Act provides, in relevant part, that:

> The Director of the Bureau of Prisons shall, to the extent practicable, ensure that a

> prisoner serving a term of imprisonment spends a portion of the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community. Such conditions may include a community correctional facility.

18 U.S.C. § 3624(c)(1). Thus, it "grants expanded authority to the Bureau of Prisons regarding half-way house service, but does not vest the authority in [a district] court." *United States v. Squire*, Cr. No. 3:09-502-JFA, at *1 (D.S.C. Sept. 5, 2012).

Accordingly, it is this 23rd day of May, 2017, by the United States District Court for the District of Maryland, ORDERED that:

1. Mr. Byas' letter (ECF No. 379) BE, and the same hereby IS, DENIED; and

2. The clerk is directed to transmit this Memorandum Opinion and Order to counsel for the government and directly to Mr. Byas.

                                          /s/
                                  PAULA XINIS
                                  United States District Judge